1  MCGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 1:19-MJ-00173-SKO
12 |                      Plaintiff,   | FINDINGS AND ORDER EXTENDING TIME FOR
   |                                   | PRELIMINARY HEARING PURSUANT TO RULE
13 |                 v.                | 5.1(d) AND EXCLUDING TIME
14 | GILBERT MAXIMILIANO GALAVIZ,      | DATE: November 12, 2019
   |                                   | TIME: 2:00 p.m.
15 |                      Defendants.  | COURT: Hon. Stanley A. Boone

16

17

18     The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 7, 2019.

20 The Court hereby finds that the Stipulation demonstrates good cause for an extension of time for the

21 preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

22     For the reasons set forth in the parties' stipulation, the Court finds that the interests of justice

23 served by granting this continuance outweigh the best interests of the public and the defendant in a

24 speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not

25 adversely affect the public interest in the prompt disposition of criminal cases.

26     THEREFORE, FOR GOOD CAUSE SHOWN:

27     1.   The date of the preliminary hearing is extended to January 6, 2020, at 2:00 p.m.

28     2.   The time between November 12, 2019, and January 6, 2020, shall be excluded from

FINDINGS AND ORDER                              1

calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. The defendant shall appear at that date and time before the duty Magistrate Judge on January 6, 2020.

IT IS SO ORDERED.

Dated:   **November 7, 2019**                                    /s/ *Sheila K. Oberto*
                                                                                   UNITED STATES MAGISTRATE JUDGE

FINDINGS AND ORDER                                          2