HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GILBERT GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>GILBERT GALAVIZ,<br><br>         Defendant. | Case No. 1:20-cr-00005 NONE-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING and ORDER THEREON**<br><br>Date:  July 16, 2020<br>Time:  9:00 a.m.<br>Judge:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for June 25, 2020 may be may be continued to July 16, 2020, at 9:00 a.m., or the soonest time thereafter convenient to the court.

Mr. Galaviz is housed at the Fresno County Jail, North Jail Annex. Due to an outbreak of COVID-19, the entire North Jail has been placed on lockdown until July 3, at the earliest, and defense counsel has been informally advised that it is unlikely he will be able to schedule a confidential telephone or zoom call with Mr. Galaviz until after that date. This continuance is requested to allow time for defense to communicate confidentially with Mr. Galaviz, as is necessary for effective sentencing preparation.

///

///

1   The parties agree that the delay resulting from this request shall be excluded in the
2   interests of justice, and for effective defense investigation and preparation, pursuant to 18
3   U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED:  June 22, 2020          By      */s/ Laurel J. Mopntoya*
                                       LAUREL J. MONTOYA
                                       Assistant United States Attorney
                                       Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  June 22, 2020          By      */s/ Eric V. Kersten*
                                       ERIC V. KERSTEN
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       GILBERT GALAVIZ

**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to July 16, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **June 22, 2020**                    _____
                                             UNITED STATES DISTRICT JUDGE