HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GILBERT GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT GALAVIZ,<br><br>Defendant. | Case No. 1:20-cr-00005 NONE-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING, ORDER THEREON**<br><br>Date:   September 24, 2020<br>Time:   9:30 a.m.<br>Judge:  Hon. Dale A. Drozd |
|---|---|

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for August 20, 2020 may be may be continued to September 24, 2020, at 9:30 a.m., or the soonest time thereafter convenient to the court.

Mr. Galaviz is a gang drop out with a severe substance abuse problem reaching back to his early teens. He has never participated in an intensive treatment program. While there is no agreement regarding sentencing, Galaviz will be requesting an opportunity to participate in a long term residential treatment program. Galaviz previously tested positive for Covid-19 at the Fresno County Jail and has not been retested. Two negative coronavirus tests are required before a treatment program will accept him. This continuance is requested to allow time for Galaviz to establish that he is Covid free before sentencing, so the Court will know whether Galaivz is eligible for a program when considering his request.

1 　　　　The parties agree the delay resulting from this request shall be excluded in the
2 interests of justice, and for effective defense investigation and preparation, pursuant to 18
3 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

　　　　　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED:  August 12, 2020　　　　　　By　 */s/ Laurel J. Mopntoya*
　　　　　　　　　　　　　　　　　　　　　　　　　LAUREL J. MONTOYA
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

DATED:  August 12, 2020　　　　　　By　 */s/ Eric V. Kersten*
　　　　　　　　　　　　　　　　　　　　　　　　　ERIC V. KERSTEN
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　GILBERT GALAVIZ

**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to September 24, 2020 at 9:00 a.m.

IT IS SO ORDERED.

　Dated:  **August 12, 2020**　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE