HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GILBERT GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00005 NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING, ORDER THEREON** |
| vs. | Date: October 29, 2020 |
| GILBERT GALAVIZ, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for October 1, 2020 may be may be continued to October 29, 2020, at 9:30 a.m., or the soonest time thereafter convenient to the court.

Mr. Galaviz is a gang drop out with a severe substance abuse problem reaching back to his early teens. He has never participated in an intensive treatment program. While there is no agreement regarding sentencing, Galaviz will be requesting an opportunity to participate in a long term residential treatment program. Galaviz previously tested positive for Covid-19 and a negative coronavirus test is are required before a treatment program will accept him. This continuance is requested to allow time for Galaviz to establish that he is Covid free before sentencing, so the Court will know whether Galaivz is eligible for a program when considering his request.

1   The parties agree the delay resulting from this request shall be excluded in the
2   interests of justice, and for effective defense investigation and preparation, pursuant to 18
3   U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: September 25, 2020   By | */s/ Laurel J. Mopntoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 25, 2020   By | */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>GILBERT GALAVIZ |

**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to October 29, 2020.

IT IS SO ORDERED.

Dated:  **September 26, 2020**            *Dale A. Drozd*
                                          UNITED STATES DISTRICT JUDGE