1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, CA Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  GILBERT GALAVIZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 1:20-cr-00005 NONE-SKO

12           Plaintiff,                    **STIPULATION TO CONTINUE
                                           SENTENCING, [PROPOSED] ORDER
13  vs.                                    THEREON**

14  GILBERT GALAVIZ,                       Date:  December 11, 2020
                                           Time:  9:30 a.m.
15           Defendant.                    Judge: Hon. Dale A. Drozd

16

17

18        **IT IS HEREBY STIPULATED** by and between the parties through their respective

19  counsel that the sentencing hearing scheduled for November 19, 2020 may be may be continued

20  to December 11, or the soonest time thereafter convenient to the court.

21        Mr. Galaviz has a severe substance abuse problem, reaching back to his early teens, but

22  has never participated in an intensive treatment program. Mr. Galaviz has participated in a

23  physical at the Fresno county jail and some medical records have been provided to counsel, but

24  additional records are needed to determine whether Galaviz' physical condition qualifies him for

25  acceptance into treatment.  Because defense counsel will be out of the office from November 10,

26  2020 through November 17, 2020, additional time is needed to obtain and evaluate additional

27  medical records prior to sentencing. This continuance is requested to allow time for Galaviz to

28  establish whether he meets the physical requirements, so the Court will know whether Galaivz is

1  eligible for a residential treatment program when considering his request.

2       The parties agree the delay resulting from this request shall be excluded in the

3  interests of justice, and for effective defense investigation and preparation, pursuant to 18

4  U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

5

6                                             McGREGOR W. SCOTT
                                              United States Attorney
7

8  DATED:  November 9, 2020            By    */s/ Laurel J. Mopntoya*
                                              LAUREL J. MONTOYA
9                                             Assistant United States Attorney
                                              Attorneys for Plaintiff
10

11                                            HEATHER E. WILLIAMS
                                              Federal Defender
12

13  DATED:  November 9, 2020           By    */s/ Eric V. Kersten*
                                              ERIC V. KERSTEN
14                                            Assistant Federal Defender
                                              Attorneys for Defendant
15                                            GILBERT GALAVIZ

16

17

18                                   **ORDER**

19       **IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to

20  December 11, 2020.

21  IT IS SO ORDERED.

22     Dated:  **November 9, 2020**        _____
23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Galaviz: Stipulation to Continue Sentencing          -2-