HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GILBERT MAXIMILIANO GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00005 NONE |
| Plaintiff, | ORDER FOR RELEASE FROM CUSTODY PENDING SENTENCING |
| vs. | |
| GILBERT MAXIMILIANO GALAVIZ, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

This matter came before the court for hearing on December 18, 2020.  At that time the Court agreed Mr. Galaviz could be released from custody to participate in the Central Valley Teen Challenge inpatient residential treatment program, located at 42675 Road 44, Reedley, California.

Mr. Galaviz has been interviewed and accepted for participation in the Teen Challenge 12-month residential treatment program, which has space available for Mr. Galaviz beginning on Monday, December 21, 2020.  Jerry Ramos, a representative of the Teen Challenge program, is available to pick up Mr. Galaviz upon his release from custody at the Fresno County Jail, and to transport Mr. Galaviz directly to Central Valley Teen Challenge.

This proposed order is submitted to authorize Mr. Galaviz's release from the Fresno County Jail on December 21, 2020, at 8:00 a.m., to the custody of Jerry Ramos, for transport

directly to Central Valley Teen Challenge, 42675 Road 44, Reedley, California. Mr. Galaviz shall remain in the custody of Jerry Ramos and not be left alone from the time he exits the jail until he enters the program. While Mr. Galaviz has already been accepted into the program, if for any reason Mr. Galaviz is not accepted into Central Valley Teen Challenge, representatives of Teen Challenge shall either transport Mr. Galaviz directly back to the Fresno County Jail; or notify the Kevin Mitchell of the Office of the Federal Defender, who shall arrange transportation of Mr. Galaviz back to the Fresno County Jail; where Mr. Galaviz shall be returned to custody pending sentencing in Case No. 1:20-cr-00005.

**ORDER**

IT IS HEREBY ORDERED that Gilbert Maximiliano Galaviz shall be released from custody at the Fresno County Jail, on December 21, 2020, at 8:00 a.m., to the custody of Jerry Ramos for transport directly to Central Valley Teen Challenge, 42675 Road 44, Reedley, California.  Mr. Galaviz shall remain in the custody of Jerry Ramos and not be left alone from the time he exits the jail until he enters the program.  If for any reason Mr. Galaviz is not accepted into Central Valley Teen Challenge, representatives of the Teen Challenge program shall either transport Mr. Galaviz directly back to the Fresno County Jail; or notify Federal Defender employee Kevin Mitchell, who shall arrange transportation of Mr. Galaviz back to the Fresno County Jail; where Mr. Galaviz shall be returned to custody pending sentencing in Case No. 1:20-cr-00005.

IT IS SO ORDERED.

Dated: **December 18, 2020**              _____
                                          UNITED STATES DISTRICT JUDGE