HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GILBERT GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00005 NONE-SKO |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE and ORDER THEREON** |
| vs. | |
| GILBERT GALAVIZ, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

This matter came before the court for hearing on December 18, 2020.  At that time the Court ordered Gilbert Galaviz released from custody to participate in the Central Valley Teen Challenge inpatient residential treatment program, located at 42675 Road 44, Reedley, California. On December 21, 2020, representatives of Teen Challenge transported Mr. Galaviz directly from the Fresno County Jail directly to the Central Valley Teen Challenge inpatient residential treatment program, where he was admitted and now resides.

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the following conditions of pretrial release shall also apply to Gilbert Galaviz; and Mr. Galaviz agrees to comply with these conditions.

1.    You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2.     You must report as directed to the Pretrial Services Agency following your release from custody;

3.     You must participate in the substance abuse treatment program at Teen Challenge inpatient facility and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

4.     You must cooperate in the collection of a DNA sample;

5.     You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6.     You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7.     You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8.     You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9.     You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10.    You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11.    Upon successful completion of Teen Challenge, you must reside at an address approved by Pretrial Services and you must not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer; and

12.    Upon completion of the residential program, you must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

//

//

1    United States Pretrial Services Officer Jessica McConville has reviewed these proposed

2 conditions of pretrial release and agrees they are appropriate.

3
                                             McGREGOR W. SCOTT
4                                            United States Attorney

5 DATED:  December 23, 2020          By    */s/ Laurel J. Montoya*
                                            LAUREL J. MONTOYA
6                                           Assistant United States Attorney
                                            Attorneys for Plaintiff
7

8                                            HEATHER E. WILLIAMS
                                             Federal Defender
9

10 DATED:  December 23, 2020         By    */s/ Eric V. Kersten*
                                            ERIC V. KERSTEN
11                                          Assistant Federal Defender
                                            Attorneys for Defendant
12                                          GILBERT GALAVIZ

13

14

15

16

17                              **ORDER**

18    The conditions of pretrial release for Gilbert Galaviz are hereby modified as set forth

19 above.

20 IT IS SO ORDERED.

21    Dated:  __**December 23, 2020**__        _____

22                                             UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28