HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GILBERT GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00005 NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER THEREON** |
| vs. | Date: October 8, 2021 |
| GILBERT GALAVIZ, | Time: 10:00am. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for September 24, 2021 may be may be continued to October 8, 2021.

Mr. Galaviz has a severe substance abuse problem reaching back to his early teens. He was previously granted the opportunity to participate in the Teen Challenge treatment program, but was removed from the program for rule violations not including the use of controlled substances. Mr. Galaviz remains interested in treatment and a zoom interview is being scheduled with the Delancey Street treatment program. This continuance is requested to allow time for Mr. Galaviz to complete the interview prior to sentencing.

///

1    The parties agree the delay resulting from this request shall be excluded in the
2  interest of justice, and for effective defense investigation and preparation, pursuant to 18
3  U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

4

5                                                                                  McGREGOR W. SCOTT
                                                                                    United States Attorney
6

7  DATED:  September 21, 2021                    By    */s/ Laurel J. Mopntoya*
                                                                                    LAUREL J. MONTOYA
8                                                                                   Assistant United States Attorney
                                                                                    Attorneys for Plaintiff
9

10                                                                                 HEATHER E. WILLIAMS
                                                                                    Federal Defender
11

12  DATED:  September 21, 2021                   By    */s/ Eric V. Kersten*
                                                                                    ERIC V. KERSTEN
13                                                                                  Assistant Federal Defender
                                                                                    Attorneys for Defendant
14                                                                                  GILBERT GALAVIZ

15

16

17                                              **ORDER**

18       **IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to
19  October 8, 2021 at 10:00am in person calendar.
20  IT IS SO ORDERED.
21       Dated:  **September 21, 2021**                    _____
22                                                                                  UNITED STATES DISTRICT JUDGE