HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
ERIC V. KERSTEN, CA Bar No. 226429
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GILBERT MAXIMILIANO GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT MAXIMILIANO GALAVIZ,<br><br>Defendant. | Case No. 1:20-cr-00005-DAD-BAM<br><br>**ORDER FOR RELEASE AND TRANSPORT TO DELANCEY STREET** |

IT IS HEREBY ORDERED that defendant Gilbert Maximiliano Galaviz (Fresno County Sheriff's Office JID No. 1577780) shall be released from the Fresno County Jail on Friday, October 29, 2021 at 6:30 AM.. Galaviz shall be released to the custody of Kevin Mitchel, of the Office of the Federal Defender, who shall transport Galaviz directly to the Delancey Street Foundation residential rehabilitation program, 600 Embarcadero, San Francisco, for an intake interview. Provided Galaviz is accepted into the program, he will remain at Delancey Street to reside and participate in their two-year residential treatment program. If Galaviz is not accepted into the program, Mr. Mitchel will immediately return Galaviz directly to the Fresno County Jail by no later than 11:00 PM on October 29, 2021.

///

///

While residing at Delancey Street Mr. Galaviz shall fulfill all requirements of their two-year residential program. Mr. Galaviz will also be subject to the following conditions of pretrial release:

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report by telephone to the Pretrial Services Agency upon your arrival at the Delancey Street Program;

3. You must restrict your travel to Northern District of California and Eastern District of California unless otherwise approved in advance by the pretrial services officer;

4. Report any contact with law enforcement to your Pretrial Services Officer within 24 hours;

5. You must reside and participate in the substance abuse treatment program at Delancey Street Foundation inpatient facility, in San Francisco, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer; A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. Upon successful completion of the Delancey Street Program, you must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

10. Upon successful completion of the Delancey Street Program, you must reside at an address approved by Pretrial Services and you must not change your residence or absent yourself from this residence for more than 24 hours without prior approval of the PSO; and

11. Your release is delayed until 6:30 AM, on Friday, October 29, 2021, at which time you will be released from the Fresno County Jail directly to Kevin Mitchel, from the Office of the Federal Defender, for immediate transportation to the Delancey Street Program in San Francisco.

A copy of this Order will be provided to Mr. Galaviz upon his release.

If Mr. Galaviz voluntarily leaves the Delancey Street program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his pretrial services officer and follow all instructions.

ORDER

IT IS SO ORDERED.

Dated:   **October 27, 2021**                                  /s/ Dale A. Drozd
                                                                                UNITED STATES DISTRICT JUDGE