1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, CA Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  GILBERT GALAVIZ

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00005 JLT-SKO
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER THEREON; EXHIBIT A**
13 | vs. |
14 | GILBERT GALAVIZ, | Date:   October 14, 2022
   |  | Time:  9:00 a.m.
15 | Defendant. | Judge: Hon. Jennifer L. Thurston

16

17

18

19    **IT IS HEREBY STIPULATED** by and between the parties through their respective

20 counsel that the status conference regarding Gilbert Galaviz' participation in the Delancey Street

21 program scheduled for April 15, 2022 may be may be continued to October 14, 2022, or the

22 soonest time thereafter convenient to the court.

23    On October 22, 2021, Mr. Galaviz appeared for sentencing in this matter. See Dkt. #54.

24 At that time sentencing was vacated to permit Mr. Galaviz to participate in the two-year

25 Delancey Street program, and Galaviz was released to the program on October 29, 2020. See

26 Dkt. #56. Mr. Galaviz has been residing at and participating in the Delancey Street program

27 since that date.

28    Attached as Exhibit A is an April 5, 2022 letter from the Delancey Street program

1  verifying that Mr. Galaviz remains at the program and is fully participating. See Exhibit A.

2  Accordingly, the parties are requesting a further continuance in this matter to continue to monitor

3  Mr. Galaviz' progress at the Delancey Street program. As Mr. Galaviz is pending sentencing, no

4  exclusion of time is necessary

|  |  |  |
|---|---|---|
|  |  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED:  April 13, 2022 | By | */s/ Laurel J. Mopntoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  April 13, 2022 | By | */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>GILBERT GALAVIZ |

**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to October 14, 2022.

IT IS SO ORDERED.

Dated:   **April 13, 2022**                                       *Jennifer L. Thurston*
                                                          UNITED STATES DISTRICT JUDGE