HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GILBERT GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT GALAVIZ,<br><br>Defendant. | Case No. 1:20-cr-00005 JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER THEREON**<br><br>Date: April 14, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference regarding Gilbert Galaviz' participation in the Delancey Street program scheduled for October 14, 2022 may be may be continued to April 14, 2023, or the soonest time thereafter convenient to the court.

On October 22, 2021, Mr. Galaviz appeared for sentencing. See Dkt. #54. At that time sentencing was vacated to permit Mr. Galaviz to participate in the two-year Delancey Street residential treatment program, and Galaviz was released to the program on October 29, 2020. See Dkt. #56. Mr. Galaviz has been residing at and participating in the Delancey Street program since that date.

On October 11, 2022, Kevin Mitchel, a paralegal with the Office of the Federal Defender

communicated with Delancey Street regarding Mr. Galaviz progress. An assistant to Dr. Mimi Silbert, Delancey Street President and CEO, advised Mr. Mitchel; "He's great, actually! Gilbert, that is. Becoming accountable and working hard. He's trying hard and it's good to see." We have requested a verifying letter from Delancey Street, and we are awaiting receipt. Given that Mr. Galaviz remains at the program and is doing well, the parties are requesting a further continuance of sentencing while Mr. Galaviz' participates in the Delancey Street program. As Mr. Galaviz is pending sentencing, no exclusion of time is necessary

                                    PHILLIP A. TALBERT
                                    United States Attorney

DATED: October 12, 2022       By   */s/ Laurel J. Montoya*
                                        LAUREL J. MONTOYA
                                          Assistant United States Attorney
                                          Attorneys for Plaintiff

                                          HEATHER E. WILLIAMS
                                          Federal Defender

DATED: October 12, 2022       By   */s/ Eric V. Kersten*
                                          ERIC V. KERSTEN
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          GILBERT GALAVIZ

**ORDER**

For the reasons set forth above sentencing is continued to April 14, 2023.

IT IS SO ORDERED.

    Dated:   **October 12, 2022**

UNITED STATES DISTRICT JUDGE